| Fill in this information to identify your case: | |
|---|---|
| **Debtor 1** | **Gregory A. Dick** |
| | First Name     Middle Name     Last Name |
| **Debtor 2** | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number | 19-16430 |
| (if known) | |

☐ **Check if this is an amended filing**

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  |  | Your assets Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property (Official Form 106A/B)** | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | $            585,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................................... | $                3,701.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................................. | $            588,701.00 |

**Part 2:    Summarize Your Liabilities**

|  |  | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $            373,339.56 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $                    0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... | $              74,061.17 |
| | **Your total liabilities** | $            447,400.73 |

**Part 3:    Summarize Your Income and Expenses**

| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* ................................................... | $                3,883.79 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $                4,798.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

   ☐ **No.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ **Yes**

7. What kind of debt do you have?

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1   Gregory A. Dick | Case number *(if known)* 19-16430 |
|---|---|

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form
   122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

   $                    4,108.79

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $                    0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $                    0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $                    0.00 |
| 9d. Student loans. (Copy line 6f.) | $                    0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $                    0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$                    0.00 |
| 9g. Total. Add lines 9a through 9f. | $                    0.00 |

**Fill in this information to identify your case and this filing:**

Debtor 1       **Gregory A. Dick**
_____
               First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  _____
               First Name        Middle Name        Last Name

United States Bankruptcy Court for the:   **DISTRICT OF MARYLAND**

Case number    19-16430
_____

☐ Check if this is an
   amended filing

# Official Form 106A/B
# Schedule A/B: Property                                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes.  Where is the property?

**1.1**

**5221 Trumps Mill Road**
_____
Street address, if available, or other description

**Baltimore**        **MD**   **21206-0000**
_____
City                 State    ZIP Code

**Baltimore**
_____
County

**What is the property?** Check all that apply

☐  Single-family home
☐  Duplex or multi-unit building
☐  Condominium or cooperative
☐  Manufactured or mobile home
☐  Land
☐  Investment property
☐  Timeshare
☐  Other _____

**Who has an interest in the property?** Check one
■  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?   $225,000.00

Current value of the portion you own?   $225,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

---

Official Form 106A/B                    Schedule A/B: Property                    page 1

Debtor 1    Gregory A. Dick

Case number *(if known)*    19-16430

**1.2** If you own or have more than one, list here:

**105 Water Fountain Way, Unit 304**
Street address, if available, or other description

**Glen Burnie**    **MD**    **21060-0000**
City    State    ZIP Code

**Anne Arundel**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$95,000.00**

Current value of the portion you own?    **$95,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

☐ Check if this is community property (see instructions)

---

**1.3** If you own or have more than one, list here:

**3552 Hardwood Terrace**
Street address, if available, or other description

**Spring Grove**    **PA**    **17362-0000**
City    State    ZIP Code

**York**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**This prioperty is the subject of a land installment contract. Debtor's claim is under the contract only and he does not hold title to the propery.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$265,000.00**

Current value of the portion you own?    **$265,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

---

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here................................................=>

**$585,000.00**

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    Gregory A. Dick                                    Case number *(if known)*    19-16430

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Dodge** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model:    **RAM 1500**
Year:    **1999**
Approximate mileage:    **240000**
Other information:

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property?        Current value of the portion you own?

$500.00        $500.00

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=>     $500.00

| Part 3: | Describe Your Personal and  Household Items |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?        Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

Kitchenware, Diningroom table and chairs, Lamps, Mirrors, CLocks, Bed, Nighstands, Desk, CHairs, Yard tools, Linens, Towels        $800.00

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

Microwave, TV, CD/DVD Plaer, Computer, Printer, Scanner        $500.00

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes. Describe.....

| Debtor 1 | Gregory A. Dick | Case number *(if known)* | 19-16430 |

**10. Firearms**
  *Examples:* **Pistols, rifles, shotguns, ammunition, and related equipment**
  ■ **No**
  ☐ **Yes. Describe.....**

**11. Clothes**
  *Examples:* **Everyday clothes, furs, leather coats, designer wear, shoes, accessories**
  ☐ **No**
  ■ **Yes. Describe.....**

| Clothing, Shoes, Accessories | $100.00 |

**12. Jewelry**
  *Examples:* **Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver**
  ■ **No**
  ☐ **Yes. Describe.....**

**13. Non-farm animals**
  *Examples:* **Dogs, cats, birds, horses**
  ■ **No**
  ☐ **Yes. Describe.....**

**14. Any other personal and household items you did not already list, including any health aids you did not list**
  ■ **No**
  ☐ **Yes. Give specific information.....**

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................

| $1,400.00 |

| **Part 4:** | Describe Your Financial Assets |

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**16. Cash**
  *Examples:* **Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition**
  ☐ **No**
  ■ **Yes.**................................................................................................................

| Cash | $100.00 |

**17. Deposits of money**
  *Examples:* **Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.**
  ☐ **No**
  ■ **Yes.**......................   Institution name:

| 17.1. | **Checking** | **PNC Bank** | $1,200.00 |
| 17.2. | **Savings** | **PNC Bank** | $500.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
  *Examples:* **Bond funds, investment accounts with brokerage firms, money market accounts**
  ■ **No**
  ☐ **Yes.**................   Institution or issuer name:

| Debtor 1 | Gregory A. Dick | Case number *(if known)* | 19-16430 |
|---|---|---|---|

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| Smooth Finishes, LLC | 100%     % | $1.00 |

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them

   Issuer name:

**21.  Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately.

   Type of account:         Institution name:

**22.  Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes. .....................         Institution name or individual:

**23.  Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)**

☑ No

☐ Yes.............         Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   **26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).**

☑ No

☐ Yes.............         Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes.  Give specific information about them...

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes.  Give specific information about them...

**27.  Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29.  Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information......

Debtor 1   **Gregory A. Dick**                                                          Case number *(if known)*   **19-16430**

---

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ■ **No**
    ☐ **Yes.** Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ■ **No**
    ☐ **Yes.** Name the insurance company of each policy and list its value.
    | Company name: | Beneficiary: | Surrender or refund value: |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ■ **No**
    ☐ **Yes.** Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ■ **No**
    ☐ **Yes.** Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ■ **No**
    ☐ **Yes.** Describe each claim.........

35. **Any financial assets you did not already list**

    ■ **No**
    ☐ **Yes.** Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................................................................    **$1,801.00**

---

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ **No.** Go to Part 6.
    ☐ **Yes.** Go to line 38.

---

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
             If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ **No.** Go to Part 7.
    ☐ **Yes.** Go to line 47.

---

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ **No**
    ☐ **Yes.** Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here .....................................    **$0.00**

---

**Official Form 106A/B**                     **Schedule A/B: Property**                                         **page 6**

Debtor 1    **Gregory A. Dick**                                                                          Case number *(if known)*    19-16430

**Part 8:    List the Totals of Each Part of this Form**

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ....................................................................................... | **$585,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$500.00** |
| 57. | **Part 3: Total personal and household items, line 15** | **$1,400.00** |
| 58. | **Part 4: Total financial assets, line 36** | **$1,801.00** |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
| 61. | **Part 7: Total other property not listed, line 54**                  + | **$0.00** |
| 62. | **Total personal property. Add lines 56 through 61...**       **$3,701.00**       Copy personal property total | **$3,701.00** |
| 63. | **Total of all property on Schedule A/B. Add line 55 + line 62** | **$588,701.00** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gregory A. Dick** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | 19-16430 |

☐ **Check if this is an amended filing**

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                 4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ **You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)**

   ☐ **You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)**

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **105 Water Fountain Way, Unit 304 Glen Burnie, MD 21060  Anne Arundel County** Line from *Schedule A/B*: **1.2** | **$95,000.00** | ■ | **$2,799.00** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **3552 Hardwood Terrace Spring Grove, PA 17362  York County** This prioperty is the subject of a land installment contract. Debtor's claim is under the contract only and he does not hold title to the propery. Line from *Schedule A/B*: **1.3** | **$265,000.00** | ■ | **$5,500.00** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **1999 Dodge RAM 1500 240000 miles** Line from *Schedule A/B*: **3.1** | **$500.00** | ■ | **$500.00** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Kitchenware, Diningroom table and chairs, Lamps, Mirrors, CLocks, Bed, Nighstands, Desk, CHairs, Yard tools, Linens, Towels** Line from *Schedule A/B*: **6.1** | **$800.00** | ■ | **$800.00** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

| Debtor 1 | Gregory A. Dick | | Case number (if known) | 19-16430 |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Microwave, TV, CD/DVD Plaer, Computer, Printer, Scanner**<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■ $200.00<br>☐ **100% of fair market value, up to any applicable statutory limit** | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) |
| **Microwave, TV, CD/DVD Plaer, Computer, Printer, Scanner**<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■ $300.00<br>☐ **100% of fair market value, up to any applicable statutory limit** | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) |
| **Clothing, Shoes, Accessories**<br>Line from *Schedule A/B*: **11.1** | $100.00 | ■ $100.00<br>☐ **100% of fair market value, up to any applicable statutory limit** | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $100.00 | ■ $100.00<br>☐ **100% of fair market value, up to any applicable statutory limit** | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) |
| **Checking: PNC Bank**<br>Line from *Schedule A/B*: **17.1** | $1,200.00 | ■ $1,200.00<br>☐ **100% of fair market value, up to any applicable statutory limit** | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) |
| **Savings: PNC Bank**<br>Line from *Schedule A/B*: **17.2** | $500.00 | ■ $500.00<br>☐ **100% of fair market value, up to any applicable statutory limit** | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) |
| **Smooth Finishes, LLC 100%**<br>Line from *Schedule A/B*: **19.1** | $1.00 | ■ $1.00<br>☐ **100% of fair market value, up to any applicable statutory limit** | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) |

3. Are you claiming a homestead exemption of more than $170,350?
   **(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)**

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gregory A. Dick** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | 19-16430 |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                              12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

☐ **No.** Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ **Yes.** Fill in all of the information below.

### Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** **Bayview Loan Servicing, LLC**<br>Creditor's Name | Describe the property that secures the claim: | $235,921.00 | $225,000.00 | $10,921.00 |

Describe the property that secures the claim:

**5221 Trumps Mill Road Baltimore, MD 21206  Baltimore County**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**P.O. Box 650091**
**Dallas, TX 75265**
Number, Street, City, State & Zip Code

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

Debtor 1  **Gregory A. Dick**
       First Name        Middle Name        Last Name

Case number (*if known*)  **19-16430**

---

| 2.2 | **Cromwell Fountain II Condo Assoc, Inc.** | | $16,506.95 | $0.00 | $16,506.95 |

**Creditor's Name**

Describe the property that secures the claim:

**P.O. Box 250
Simpsonville, MD 21150**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number _____

---

| 2.3 | **FIA Card Services** | | $4,000.00 | $0.00 | $4,000.00 |

**Creditor's Name**

Describe the property that secures the claim:

**655 Papermill Road
Wilmington, DE 19884**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number _____

---

| 2.4 | **State of Maryland** | | $1,597.52 | $0.00 | $1,597.52 |

**Creditor's Name**

Describe the property that secures the claim:

**Compliance Division
301 W. Preston Street
Baltimore, MD 21201**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number _____

---

**Official Form 106D**  **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**  page 2 of 3

Debtor 1  **Gregory A. Dick**

First Name          Middle Name          Last Name

Case number (if known)    **19-16430**

| 2.5 | **Wells Fargo Home Mortgage** | | Describe the property that secures the claim: | **$115,314.09** | **$0.00** | **$115,314.09** |
|---|---|---|---|---|---|---|

Creditor's Name

**P.O. Box 10335**
**Des Moines, IA 50306**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**

**Nature of lien. Check all that apply.**

☐ An agreement you made (such as mortgage or secured car loan)

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$373,339.56** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$373,339.56** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Official Form 106D**    **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 3

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | **Gregory A. Dick** | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND | | |
| Case number (if known) | 19-16430 | | |

☐ **Check if this is an amended filing**

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
| --- | --- |

1.   Do any creditors have priority unsecured claims against you?

■ **No. Go to Part 2.**

☐ **Yes.**

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
| --- | --- |

3.   Do any creditors have nonpriority unsecured claims against you?

☐ **No. You have nothing to report in this part. Submit this form to the court with your other schedules.**

■ **Yes.**

4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | | Total claim |
| --- | --- | --- | --- |

| 4.1 | **BGE** | Last 4 digits of account number | $450.00 |
| --- | --- | --- | --- |

| **BGE** | |
| --- | --- |
| Nonpriority Creditor's Name | |
| **P.O. Box 13070** | |
| **Philadelphia, PA 19101-3070** | |
| Number Street City State Zip Code | |
| Who incurred the debt? Check one. | |

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ **Debtor 1 only**

☐ **Debtor 2 only**

☐ **Debtor 1 and Debtor 2 only**

☐ **At least one of the debtors and another**

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ **No**

☐ **Yes**

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

Debtor 1    Gregory A. Dick                                          Case number (if known)    19-16430

| 4.2 | **BGE Home** | Last 4 digits of account number | | $167.00 |

Nonpriority Creditor's Name
**P.O. Box 43720**
**Nottingham, MD 21236-0720**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 | **Capital One Bank** | Last 4 digits of account number | | $2,415.00 |

Nonpriority Creditor's Name
**P.O. Bos 30281**
**Salt Lake City, UT 84130**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 | **CBCS** | Last 4 digits of account number | | $2,050.00 |

Nonpriority Creditor's Name
**P.O. Box 2589**
**Columbus, OH 43216**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1   Gregory A. Dick                                          Case number (if known)   19-16430

---

| 4.5 | **Chase Card** | Last 4 digits of account number | | | $501.00 |

Nonpriority Creditor's Name
**P.O. Box 15298**
**Wilmington, DE 19850**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify _____

---

| 4.6 | **Credit One Bank** | Last 4 digits of account number | | | $684.00 |

Nonpriority Creditor's Name
**P.O. Box 98872**
**Las Vegas, NV 89193-8872**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify _____

---

| 4.7 | **Cromwell Fountain Open Space** | Last 4 digits of account number | | | $914.00 |

Nonpriority Creditor's Name
**c/o Pinnacle Properties**
**P.O. Box 759**
**Glen Burnie, MD 21061**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify _____

---

Debtor 1   **Gregory A. Dick**                                     Case number (if known)   **19-16430**

---

| 4.8 | **First Portland Corporation** | Last 4 digits of account number _____ | $62,342.17 |

Nonpriority Creditor's Name
**7145 S W Varns Street**
**Portland, OR 97223**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.9 | **First Premier Bank** | Last 4 digits of account number _____ | $1,026.00 |

Nonpriority Creditor's Name
**P.O. Box 5529**
**Sioux Falls, SD 57117-5529**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.10 | **Home Depot Credit Services** | Last 4 digits of account number _____ | $420.00 |

Nonpriority Creditor's Name
**P.O. Box 790328**
**Saint Louis, MO 63179**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Gregory A. Dick**                                                  Case number (if known)    **19-16430**

---

| 4.1 |
| 1 |

**HSBC**                                                    Last 4 digits of account number _____        $0.00
Nonpriority Creditor's Name
**P.O. Box 9**                                              When was the debt incurred? _____
**Buffalo, NY 14240**
Number Street City State Zip Code                           As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                             ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☐ Disputed
☐ At least one of the debtors and another                  Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community                   ☐ Student loans
debt                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                            report as priority claims
                                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                                      ■ Other. Specify _____

---

| 4.1 |
| 2 |

**Verizon**                                                Last 4 digits of account number _____        $1,042.00
Nonpriority Creditor's Name
**P.O. Box 660108**                                         When was the debt incurred? _____
**Dallas, TX 75266-0108**
Number Street City State Zip Code                           As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                             ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☐ Disputed
☐ At least one of the debtors and another                  Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community                   ☐ Student loans
debt                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                            report as priority claims
                                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                                      ■ Other. Specify _____

---

| 4.1 |
| 3 |

**York Hospital**                                          Last 4 digits of account number _____        $2,050.00
Nonpriority Creditor's Name
**1001 S. George Street**                                   When was the debt incurred? _____
**York, PA 17405**
Number Street City State Zip Code                           As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                             ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☐ Disputed
☐ At least one of the debtors and another                  Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community                   ☐ Student loans
debt                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                            report as priority claims
                                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                                      ■ Other. Specify _____

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address                                           On which entry in Part 1 or Part 2 did you list the original creditor?

---

| Debtor 1  Gregory A. Dick | Case number (if known)  19-16430 |
|---|---|

**ARS National Services, Inc.**
P.O. Box 469100
Escondido, CA 92046

Line **4.5** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Convergent Outsourcing**
800 SW 39th Street
Renton, WA 98057

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**LVNV Funding**
P.O. Box 10487
Florence, SC 29503

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Midland Credit Management**
28405 Van Dyke Avenue
Warren, MI 48093

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Niagra Credit Solutions, Inc.**
420 Lawrence Bell Drive, Suite 2
Buffalo, NY 14221

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**United Recovery Systems**
P.O. Box 4044
Concord, CA 94524

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Woodfield Receivable Management**
1001 Yamato Road
Boca Raton, FL 33431

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ 0.00 |
| | | | | Total Claim |
| Total claims from Part 2 | 6f. | Student loans | 6f. | $ 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 74,061.17 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ 74,061.17 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gregory A. Dick** |
| | First Name _____ Middle Name _____ Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name _____ Middle Name _____ Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number | 19-16430 |
| (if known) | |

☐ Check if this is an
  amended filing

# Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
     ☐ **No.** Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
     ☑ **Yes.** Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* **(Official Form 106 A/B).**

2.   List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1**    **CFR Partners, LP**<br>      **3969 Two Spings Farm Lane**<br>      **Glen Rock, PA 17327** | **Land installment contract for the purchase of 3552 Hardwood Terrqace, Spring Grove, Pennsylvania** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1        **Gregory A. Dick**
_____
First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)  _____
First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    **DISTRICT OF MARYLAND**

Case number    19-16430
(if known)    _____

☐ **Check if this is an amended filing**

# Official Form 106H
## Schedule H: Your Codebtors                12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

   ■ **No**
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ■ **No. Go to line 3.**
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number    Street<br>City                State            ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number    Street<br>City                State            ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1      Gregory A. Dick

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number     19-16430
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

# Official Form 106I

## Schedule I: Your Income                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:       Describe Employment**

1.  **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | self-employed | |
| Employer's name | | |
| Employer's address | | |
| How long employed there? | | |

**Part 2:       Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. $         0.00 | $         N/A |
| 3. | Estimate and list monthly overtime pay. | 3. +$         0.00 | +$         N/A |
| 4. | Calculate gross Income.  Add line 2 + line 3. | 4. $         0.00 | $         N/A |

Debtor 1   **Gregory A. Dick**                                    Case number *(if known)*   **19-16430**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $        0.00 | $        N/A |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $        0.00 | $        N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $        0.00 | $        N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $        0.00 | $        N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $        0.00 | $        N/A |
| 5e. | Insurance | 5e. | $        0.00 | $        N/A |
| 5f. | Domestic support obligations | 5f. | $        0.00 | $        N/A |
| 5g. | Union dues | 5g. | $        0.00 | $        N/A |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $        0.00   + | $        N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $        0.00 | $        N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $        0.00 | $        N/A |

8. List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $     3,883.79 | $        N/A |
| 8b. | Interest and dividends | 8b. | $        0.00 | $        N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive  Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $        0.00 | $        N/A |
| 8d. | Unemployment compensation | 8d. | $        0.00 | $        N/A |
| 8e. | Social Security | 8e. | $        0.00 | $        N/A |
| 8f. | Other government assistance that you regularly receive  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.  Specify: _____ | 8f. | $        0.00 | $        N/A |
| 8g. | Pension or retirement income | 8g. | $        0.00 | $        N/A |
| 8h. | Other monthly income. Specify: _____ | 8h.+ | $        0.00   + | $        N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $     3,883.79 | $        N/A |
| 10. | Calculate monthly income. Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $   3,883.79   + | $        N/A   = $   3,883.79 |

11. State all other regular contributions to the expenses that you list in *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____                                                11.  +$        0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies                                                12. $   3,883.79

**Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?

☒ No.
☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1 ___Gregory A. Dick___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___DISTRICT OF MARYLAND___

Case number ___19-16430___
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J
# Schedule J: Your Expenses                                           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ■ No

   Do not list Debtor 1 and    ☐ Yes.   Fill out this information for
   Debtor 2.                               each dependent..............

   Do not state the
   dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.

4. $ 1,540.00

If not included in line 4:

| | | |
|---|---|---|
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ 0.00 |

Debtor 1   Gregory A. Dick                                    Case number (if known)   19-16430

6.  Utilities:
    6a.   Electricity, heat, natural gas                                  6a.  $                190.00
    6b.   Water, sewer, garbage collection                                6b.  $                 40.00
    6c.   Telephone, cell phone, Internet, satellite, and cable services  6c.  $                  0.00
    6d.   Other. Specify:                                                 6d.  $                  0.00
7.  Food and housekeeping supplies                                         7.  $                600.00
8.  Childcare and children's education costs                               8.  $                  0.00
9.  Clothing, laundry, and dry cleaning                                    9.  $                100.00
10. Personal care products and services                                   10.  $                 25.00
11. Medical and dental expenses                                           11.  $                  0.00
12. Transportation. Include gas, maintenance, bus or train fare.
    Do not include car payments.                                          12.  $                  0.00
13. Entertainment, clubs, recreation, newspapers, magazines, and books    13.  $                  0.00
14. Charitable contributions and religious donations                      14.  $                  0.00
15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a.  Life insurance                                                  15a.  $                 74.00
    15b.  Health insurance                                                15b.  $                  0.00
    15c.  Vehicle insurance                                              15c.  $                 60.00
    15d.  Other insurance. Specify:                                      15d.  $                  0.00
16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:                                                              16.  $                  0.00
17. Installment or lease payments:
    17a.  Car payments for Vehicle 1                                     17a.  $                  0.00
    17b.  Car payments for Vehicle 2                                     17b.  $                  0.00
    17c.  Other. Specify:   Mortgage on 105 Water Fountain               17c.  $                666.00
    17d.  Other. Specify:   Land installment contract                    17d.  $              1,503.00
18. Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).  18.  $                  0.00
19. Other payments you make to support others who do not live with you.    19.  $                  0.00
    Specify:
20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    20a.  Mortgages on other property                                    20a.  $                  0.00
    20b.  Real estate taxes                                              20b.  $                  0.00
    20c.  Property, homeowner's, or renter's insurance                  20c.  $                  0.00
    20d.  Maintenance, repair, and upkeep expenses                      20d.  $                  0.00
    20e.  Homeowner's association or condominium dues                   20e.  $                  0.00
21. Other: Specify:                                                       21.  +$                 0.00

22. Calculate your monthly expenses
    22a. Add lines 4 through 21.                                               $              4,798.00
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
    22c. Add line 22a and 22b.  The result is your monthly expenses.           $              4,798.00

23. Calculate your monthly net income.
    23a.  Copy line 12 (your combined monthly income) from Schedule I.    23a.  $              3,883.79
    23b.  Copy your monthly expenses from line 22c above.                 23b.  -$             4,798.00
    23c.  Subtract your monthly expenses from your monthly income.
          The result is your monthly net income.                         23c.  $               -914.21

24. Do you expect an increase or decrease in your expenses within the year after you file this form?
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
    modification to the terms of your mortgage?
    ☐ No.
    ■ Yes.    Explain here: Debtor is attempting to move to Pennsylvania and will lease the Trumps Mill Road property.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gregory A. Dick** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number | **19-16430** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ **No**

☐ **Yes. Name of person** _____    **Attach** *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* **(Official Form 119)**

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Gregory A. Dick**                                    X _____
**Gregory A. Dick**                                         Signature of Debtor 2
Signature of Debtor 1

Date **May 29, 2019**                                       Date _____

Official Form 106Dec                Declaration About an Individual Debtor's Schedules